**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| **HOWARD HATCHER,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **3:04-cv-320** |
| **v.** | ) | |
| | ) | **Phillips** |
| **ALCOA, INC.,** | ) | |
| **Defendant.** | ) | |

## <u>MEMORANDUM AND ORDER</u>

On December 19, 2005, in response to a request for a status report, the parties indicated to this court that "they believe this case is resolved, but need additional time" to confirm and prepare a settlement agreement. The parties further advised the court that an order of dismissal would be forthcoming. Accordingly, the court finds that this case should be **ADMINISTRATIVELY CLOSED** for statistical purposes. **This does not represent a final adjudication but is an administrative convenience for the court.** Nothing contained in this order shall be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, the parties may initiate such in the same manner as if this order had not been entered.

**ENTER:**

        **s/ Thomas W. Phillips**
        **UNITED STATES DISTRICT JUDGE**